UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LORENZO THOMAS SIMS,

      Plaintiff,

v.

SHAWNDRA HOUDE, Dining Staff;
JOANNE CHRISTENSON, FSS; STEVEN
SAJDAK, Program Manager; KEVIN
MOSER, Assistant Director; EMILY
JOHNSON PIPER, Substitute
Commissioner of Human Services;
LUCINDA JESSON, Commissioner of
Human Services; STEVE SAYOVITZ,
Program Manager; TERRY KNIESEL,
Assistance Director; KEVIN MOSER,
Facility Director; et al.,

      Defendants.

Case No. 16CV1130 (JNE/SER)
ORDER

Plaintiff Lorenzo Thomas Sims brought this action alleging violations of his

constitutional rights.  Dkt. No. 1.  He applied to proceed *in forma pauperis*.  Dkt. No. 2.  In

reviewing Plaintiff's *in forma pauperis* application and the Complaint pursuant to 28 U.S.C. §

1915(e)(2)(B), the Honorable Steven E. Rau, United States Magistrate Judge, issued a Report

and Recommendation on June 9, 2016, recommending dismissal of the action without prejudice

and denial of the *in forma pauperis* application.  Dkt. No. 4.  Then, on June 22, 2016, Plaintiff

filed a Notice of Voluntary Dismissal to dismiss the action without prejudice pursuant to Federal

Rule of Civil Procedure 41(a).  Dkt. No. 5.

A plaintiff "may dismiss an action without a court order by filing: [] a notice of dismissal

before the opposing party serves either an answer or a motion for summary judgment . . . ."  Fed.

R. Civ. P. 41(a)(1)(A).  No defendant has served either an answer or a motion for summary

judgment in this action.  Unless stated otherwise, a Rule 41(a)(1) dismissal is without prejudice.

Fed. R. Civ. P. 41(a)(1)(B).  It must be noted, however, that "if the plaintiff previously dismissed

any federal- or state-court action based on or including the same claim, a notice of dismissal

operates as an adjudication on the merits."  *Id.*

Based on the files, records, and proceedings herein, and for the reasons discussed above,

IT IS ORDERED THAT:

1.      This Action is DISMISSED pursuant to Plaintiff Lorenzo Thomas Sims'
Notice of Voluntary Dismissal [Dkt. No. 5].

2.      Plaintiff Lorenzo Thomas Sims' Application to Proceed in District Court
without Prepaying Fees or Costs [Dkt. No. 2] is DENIED AS MOOT.

3.      The Court DECLINES TO ADOPT the June 9, 2016 Report and
Recommendation [Dkt. No. 4] as MOOT.

Dated:  June 23, 2016                              s/ Joan N. Ericksen
                                                  JOAN N. ERICKSEN
                                                  United States District Judge